IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LUIS RAMOS<br><br>    v.<br><br>ROBERT COLLINS, et al. | CIVIL ACTION<br><br>NO. 13-433 |
|---|---|

# O R D ER

**AND NOW**, this 27th day of September, 2013, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED**:

1. The Report and Recommendation of Magistrate Judge Rueter dated April 23, 2013, and the further Report and Recommendation dated June 28, 2013 are **AFFIRMED**.

2. Petitioner's petition is **DISMISSED** with prejudice.

3. There are no grounds to issue a certificate of appealability.

4. The Clerk shall close this case.

                              **BY THE COURT:**

                              /s/ Michael M. Baylson

                              _____
                              **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-433 ramos v. collins\13cv433.order.2254.docx